MANNY CRESPO, on behalf of himself,
and on behalf of all others similarly situated,

      **Plaintiff,**

**v.**                         **Case No.:**

**UBER TECHNOLOGIES, INC.**
**d/b/a UberEATS,**

      **Defendant.**

_____/

## CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MANNY CRESPO, ("Plaintiff"), by and through the undersigned counsel, on behalf of himself and on behalf of all others similarly situated, files this Class Action Complaint against Defendant, UBER TECHNOLOGIES, INC. d/b/a UberEATS ("Defendant" or "UberEATS"), and in support of his claims states as follows:

### PRELIMINARY STATEMENT

1.     This Complaint is filed as a collective action seeking to collect minimum wages under 29 U.S.C. § 216(b), and is brought by and on behalf of persons who are or have been at some time employed during the applicable limitations period as delivery drivers for UberEATS, an on-demand meal delivery service with its principal place of business in California.

2.     This is a collective action and a class action which challenges UberEATS' uniform policy of willfully misclassifying its delivery partners as independent contractors when, in fact, each such delivery partner is and/or was an employee of UberEATS.

3.     As a result of UberEATS' unlawful misclassification of its delivery partners as independent contractors, UberEATS has uniformly violated the requirements of the Fair Labor Standards Act, as amended ("FLSA," 29 U.S.C. § 201 *et seq.*) by, among other things:

(a)     Failing to pay its delivery partners at least the minimum wage required by Federal law for every hour worked;

(b)     Misclassifying Plaintiff, and other similarly situated delivery partners, as independent contractors, rather than as an employees, which, in turn, harmed Plaintiff, and the similarly situated delivery partners, by causing negative tax implications, depriving them of their right to minimum wage, depriving them of their right to workers' compensation insurance, unemployment insurance, disability insurance, social security, and other benefits to which, as employees, Plaintiff and the similarly situated delivery partners are entitled by law.

## PARTIES

4.     Plaintiff is a resident of Hillsborough County, Florida.

5.     Defendant UberEATS is a California corporation, which is licensed to conduct business in the state of Florida, and which does conduct substantial business on a regular and continuous basis in Florida.

## JURISDICTION AND VENUE

6.     This Court has federal question jurisdiction over Plaintiff's FLSA pursuant to 28 U.S.C. § 1331.

7.     Venue is proper in the United States District Court, Middle District of Florida, pursuant to 28 U.S.C. § 1391. Plaintiff resides in Tampa, Florida, worked for Defendant in Tampa,

2

Florida, and his claims arose, in substantial part, in Tampa, Florida. Defendant regularly conducts business in Tampa, Florida and is thus subject to personal jurisdiction in this district.

## ALLEGATIONS REGARDING DEFENDANT'S BUSINESS PRACTICES

8.     Defendant UberEATS is a meal delivery service. Through a mobile phone software application, customers can place orders from hundreds of partner restaurants that prepare meals which are then picked up and delivered by UberEATS' local delivery partners who have been screened, trained, controlled, and are paid by UberEATS.

9.     All UberEATS delivery partners must abide by all of UberEATS' uniform rules, regulations, and policies.

10.     UberEATS operates much like a restaurant takeout delivery service. However, instead of being limited to ordering from a single restaurant, customers are presented with hundreds of restaurants, including several national chain restaurants, from which they can place an order through the mobile app for pick up from the restaurant to delivery to the customer's location by an UberEATS delivery partners. *See* Exhibit A.

11.     The UberEATS delivery partner, pursuant to UberEATS uniform rules, picks up the customer's food order from a restaurant and transports it to the customer's location.

12.     Each UberEATS customer pays for their meal plus a booking fee to UberEATS directly via credit card.

13.     All payments from the customer must be paid by the customer directly to UberEATS. UberEATS rules do not permit its delivery partners to accept any type of payment from its customers. Instead, UberEATS pays each of its delivery partners a portion of the amount received from the customer (i.e., a portion of the booking fee), as determined solely by UberEATS, via direct bank deposits to its delivery partners' bank accounts.

3

14. In an effort to avoid providing its delivery partners with the minimum benefits and protections afforded employees under the FLSA and Florida law, UberEATS has willfully, uniformly, and unilaterally classified each and every one of its delivery partners as independent contractors, rather than employees, despite the fact that the factual circumstances of the relationship between UberEATS and its delivery partners clearly demonstrate that UberEATS delivery partners are, in fact, employees of the company.

15. Under the FLSA and Florida law, UberEATS delivery partners should be considered employees for, among others, the following reasons:

> (a) UberEATS retains the right to control, and in fact does control, the manner and means by which all UberEATS delivery partners accomplish their work;
>
> (b) UberEATS retains the right to hire and fire delivery partners in its sole discretion;
>
> (c) UberEATS retains the right to terminate the UberEATS phone application, or to block delivery partners from using the Platform and/or application, which effectively gives UberEATS the ability to prevent its drivers from picking up meals for delivery, working, and earning an income;
>
> (d) UberEATS sets all rates of pay for its delivery partners and prohibits its delivery partners from setting rates of pay for their services;
>
> (e) UberEATS requires its delivery partners to consent to receiving emails and text messages from UberEATS (including through "Rasier, LLC" e-mails and technology"), all of which the delivery partners are required to pay for receiving at the rate charged by their mobile phone service providers, including without limitation, notification emails, emails or text messages informing delivery

4

partners about potential delivery requests, and emails or text messages regarding delivery partners promotions which delivery partners are required to abide by;

(f) UberEATS unilaterally and in its sole discretion requires each delivery partners to accept any and all discount promotion offered to customers;

(g) UberEATS requires each delivery partners to engage in a training session before being permitted to work as a UberEATS driver, including the viewing of training videos, which, inter alia, instructs delivery partners regarding UBER's requirements for how they are to interact with customers;

(h) UberEATS requires that each delivery partners ensure that his or her vehicle comply with UberEATS' requirements;

(i) UberEATS retains the right to discipline its delivery partners in its sole discretion; and

(j) UberEATS advertises that its delivery partners earn a minimum dollar figure (~$3 per delivery, with a minimum of $10 per hour).

16.     As a result of UberEATS' uniform misclassification of its delivery partners as independent contractors, UberEATS does not pay its delivery partners a wage for each hour, or portion thereof, that they work.  Instead, UberEATS pays its delivery partners using a formula, derived and determined solely by UberEATS, based on and related in some way to the amount UberEATS receives from its customers.

17.     The consequences of this practice are, without limitation, that UberEATS delivery partners: (1) are not paid for all of the hours that they actually work; and (2) are not paid at least the minimum wage required by Federal law for each hour worked.

## FLSA COLLECTIVE ACTION ALLEGATIONS

18.     Plaintiff brings this action on behalf of himself and on behalf of all other persons similarly situated, ***who exclusively delivered for Uber Eats and not the other Uber brands***, who or hours for which they were not paid at least minimum wage but were not paid for those hours in accordance with the FLSA, at any time during the period from three years the preceding the filing of this Complaint to the present.

19.     Plaintiff is and has been a member of the collective action described herein.

20.     By responding to delivery requests via UberEATS' online app and then picking up meals prepared by restaurants, which receive their products and raw materials from all over the country by national distribution companies, for delivery to UberEATS customers, Plaintiff and the situated employees are workers engaged in interstate commerce.

21.     The Plaintiffs never crossed state lines to make their food deliveries.

22.     Plaintiffs routinely were engaged in the transportation of property (i.e., food products) in interstate or foreign commerce.

23.     Although Plaintiff and the similarly situated employees, did not actually cross state lines as part of their duties for UberEATS, the food they transported moved through interstate commerce.

24.     The food being delivered by Plaintiffs from is an article traveling in interstate commerce, making the Motor Carrier Act applicable.

25.     The food used by UberEATs partner restaurants, which include national and regional chains such as Krispy Kreme, McDonalds, Tijuana Flats, Pita Pit, and Johnny Rockets as well as independent restaurants, comes to Florida from out-of-state suppliers and travel through

interstate commerce until the time that the UberEATS delivery partner delivers the product to the customer.

26.     In addition, the out-of-state suppliers often source the food ingredients from all over the country.

27.     Since UberEATS partner restaurants buy food with primary intent of selling meals for profit, the food remains in interstate commerce until it is delivered by the UberEATS driver to the customer.

28.     UberEATS delivery partners are directly participating in the actual movement of things in interstate commerce by regularly using the instrumentalities of interstate commerce to make deliveries for Defendant.

29.     Further UberEATS delivery partners engaged in interstate commerce via the use of the UberEATS mobile app and credit card processing system.

30.     Defendant is an enterprise engaged in commerce as defined by 29 U.S.C. §203(s)(1)(A) because at all times material hereto it had an annual gross volume of sales in excess of $500,000.00

31.     The number of persons in the proposed collective action is so numerous that joinder of all such persons would be impracticable.  While the exact number and identities of all such persons are unknown to Plaintiff at this time and can only be obtained through appropriate discovery, Plaintiff is informed and believes, and on that basis allege, that the proposed collective action herein includes over 1,000 persons.

32.     Disposition of Plaintiff's claims in a collective action will benefit all parties and the Court.

33.     There is a well-defined community of interest presented by the proposed collective action herein in that, among other things, Plaintiff and the similarly situated employees have an interest in receiving the minimum wage compensation required by the FLSA for the hours they have worked for Defendant, obtaining other appropriate legal relief for the harm of which Plaintiff and the similarly situated employees complain, and obtaining other adequate compensation for the common damages which Plaintiff and all other persons similarly situated have suffered as a result of Defendant's actions.

34.     Plaintiff and the similarly situated employees were requested to, or suffered or permitted to work, at some time during the three years preceding the filing of this Complaint for which they have not been properly compensated, in that they have not received the minimum wage compensation required by the FLSA.

35.     A collective action in this case is superior to any other available method for the fair and efficient adjudication of the claims presented herein.

36.     The prosecution of separate actions by individual employees would create a risk of inconsistent and/or varying adjudications with respect to individual employees which would or may establish incompatible standards of conduct for Defendant and which would also create a risk of adjudications with respect to individual employees, as a practical matter, be dispositive of the interests of similarly situated persons not parties to the particular individual adjudications, and/or would or may substantially impede or impair the ability of those other persons to protect their interests.

37.     Common questions of law and fact exist in this case with respect to Plaintiff and the similarly situated employees which predominate over any questions affecting only individual employees and which do not vary between members thereof.

38.     At some time during the three years preceding the filing of this Complaint, Plaintiff and the similarly situated employees have been employed by Defendant as delivery partners and have been unlawfully subjected to a uniform and consistent set of unfair employment practices, as described more fully herein.

39.     The common questions of fact involved in this case include, without limitation, whether Plaintiff and the similarly situated employees have worked hours during the three years preceding the filing of this Complaint for which they have not been paid at least the minimum wage required by Federal law.

40.     The common questions of law involved in this case include, without limitation: (1) whether Plaintiff and the similarly situated employees performed labor for Defendant as employees or as independent contractors; (2) whether Defendant has violated the FLSA by failing to pay its delivery partner employees at least the legally required minimum wage for each and every hour worked.

41.     The claims of the named Plaintiff in this case is typical of those of the similarly situated employees which he seeks to represent, in that, among other things, Plaintiff and each similarly situated employee has sustained damages and are facing irreparable harm because of, and arising out of, a common course of conduct engaged in by Defendant as complained of herein.

42.     The claims of the named Plaintiff herein is coincident with, and not antagonistic to, the claims of other similarly situated employees which the named Plaintiff seeks to represent.

43.     The named Plaintiff herein will fairly and adequately represent and protect the interests of similarly situated employees which he seeks to represent. Plaintiff does not have any interests which is antagonistic to the interests of the similarly situated employees herein.

44.     Counsel for Plaintiff are experienced, qualified and generally able to conduct complex collective action legislation.

45.     By virtue of Defendant's unlawful failure to pay Plaintiff and the similarly situated employees the minimum compensation required by Federal law, Defendant has received substantial sums of money, and has realized profits from the unpaid labor of literally thousands of employees during the applicable limitations period.

46.     The relief sought in this action is necessary to restore to the similarly situated employees the money and property which Defendant has illegally acquired through the unlawful treatment of each similarly situated employee as described herein.

## FIRST CLAIM FOR RELIEF (AS TO COLLECTIVE ACTION)
### *Failure to Pay Minimum Wage in Violation of FLSA*

47.     This claim is brought by named Plaintiff on behalf of all similarly-situated UberEats delivery employees.

48.     Defendant is the employer of Plaintiff and all similarly situated employees

49.     Defendant willfully and uniformly misclassified Plaintiff and all other similarly situated employees as independent contractors when in fact each such similarly situated employee was and/or is an employee of UberEATS.

50.     The FLSA provides that any employee who receives less than the legal minimum wage applicable to the employee is entitled to recover in a civil action the difference between what the employee was paid and the amount the employee should have been paid, known as back pay, and an equal amount as liquidated damages, plus attorney's fees and court costs.

51.     The FLSA provides that the applicable minimum wage that an employee is entitled to is the higher of the Federal minimum wage and the applicable State minimum wage.

10

52.     Defendant has failed to pay Plaintiff, and all other similarly situated employees, at least the legally required minimum wage for some portion of the hours that each such person worked as a delivery partner for UberEATS during the three years preceding the filing of this Complaint.

53.     Defendant's failure to pay Plaintiff, and such other similarly situated employees, at least the minimum wages as required by law, violates the provisions of the FLSA.

54.     By virtue of Defendant's unlawful failure to pay minimum wages to Plaintiff and all other similarly situated employees when due, all such persons have suffered, and continue to suffer, damages in amounts which are presently unknown to Plaintiff but which will be ascertained according to proof at trial.

55.     Pursuant to the FLSA, Plaintiff and all other similarly situated employees are entitled to recover from Defendant the full balance of any and all unpaid minimum wages, plus attorney's fees and court costs.

## FLSA MINIMUM WAGE RELIEF PRAYER

A.      Judgment against Defendant for an amount equal to Plaintiff's and the similarly situated employees' unpaid back wages at the applicable statutory minimum wage;

B.      Judgment against Defendant stating that Defendant's violations of the FLSA were willful;

C.      An amount equal to the Plaintiff's and the similarly situated employees' minimum wage damages as liquidated damages;

D.      To the extent that liquidated damages are not awarded, an award of prejudgment interest;

11

E.     A declaration that Defendant's practices as to Plaintiff and the similarly situated employees were unlawful, and grant Plaintiff and the similarly situated employees equitable relief;

F.     All costs and attorney's fees incurred in prosecuting these claims; and,

G.     For such further relief as this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury as to all issues so triable.

Dated this 23rd day of January, 2017.

Respectfully submitted,

**BRANDON J. HILL**
Florida Bar Number: 0037061
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue
Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: 813-337-7992
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: mk@wfclaw.com
**Attorneys for Plaintiff**

# EXHIBIT A

# Open Restaurants

**Hooters of Tampa (Hillsborough)**
$ • Wings • Bar Food • Traditi…
43 - 54 MIN

**Ciccio Water**
$$ • American • Sushi
32 - 43 MIN

**Holy Hog BBQ (Downtown)**
$$ • BBQ
23 - 34 MIN

## McDonald's (1520 W Kennedy Dakota)

$ • Burgers • Fast Food

23 - 34 MIN

## Hooters of Channelside

$ • Wings • Bar Food • Traditi...

30 - 41 MIN

## Garden Gyros

• Greek

39 - 50 MIN

## Lee Roy Selmon's Restaurant (Westshore)

$$ • New American • Bar Foo...

43 - 54 MIN

## Burger Culture

$ • Burgers • American

40 - 51 MIN

## Flavs Barbecue

$

33 - 44 MIN

## Bella's Italian Café

$$ • Italian

34 - 45 MIN

## Taco Bus (Downtown)

$ • Street Food • Vegetarian-...

21 - 32 MIN

## Taco Bus (Hillsborough)

$ • Street Food • Vegetarian-...

31 - 42 MIN

54 - 45 MIN                    21 - 52 MIN                    51 - 42 MIN

**Mr. Penguins (Platt)**

$ • Ice Cream & Frozen Yogurt

20 - 31 MIN

**Riverside Seafood Restaurant**

$ • Seafood • American

37 - 48 MIN

**La Teresita**

$ • Cuban • Spanish

39 - 50 MIN

**The Revolution Ice Cream**

• Ice Cream & Frozen Yogurt •…

27 - 38 MIN

**Hao Wah**

$ • Bar Food • Chinese • Vietn…

38 - 49 MIN

**Tijuana Flats (Platt)**

$$ • Mexican

27 - 38 MIN

### Gourmet Pizza Company

$$ • Pizza • Gluten-Free • Veg...

40 - 51 MIN

### PDQ (South Tampa)

$ • Sandwiches

30 - 41 MIN

### Holy Hog BBQ (South Tampa)

$$ • BBQ

31 - 42 MIN

### Eataly Pizza and Grill

$ • Pizza • Italian

39 - 50 MIN

### SoFresh (SoHo)

$$ • Healthy • American

25 - 36 MIN

### Roadside Seafood

$$ • Seafood

47 - 58 MIN

## Precinct Pizza

$ • Pizza

37 - 48 MIN

## Thai Thani

$ • Thai

30 - 41 MIN

## Firehouse Subs (South Tampa)

$ • Deli • Sandwiches

37 - 48 MIN

## Datz

$$ • American • Sandwiches

39 - 50 MIN

## ABC Pizza

$ • Italian • Pizza

35 - 46 MIN

## Square 1

$$ • New American • Burgers...

38 - 49 MIN

### BT To Go
$$ • Vietnamese
28 - 39 MIN

### EATS! American Grill (South Tampa)
$$ • Diner • Traditional Ameri...
42 - 53 MIN

### Krispy Kreme (South Tampa)
$ • Dessert • Bakery
23 - 34 MIN

### Pita Pit (Downtown Tampa)
$ • Mediterranean
21 - 32 MIN

### Acropolis (South Tampa)
$$ • Greek • Mediterranean
40 - 51 MIN

### Urban Juice Co
$$ • Juices & Smoothies
22 - 33 MIN

4

### Origami Sushi

### Miguels Mexican

### D.P Dough

$$ • Japanese • Sushi
41 - 52 MIN

Seafood & Grill
$ • Mexican
34 - 45 MIN

$ • Italian • Pizza
33 - 44 MIN

## Dough
$$ • Ice Cream & Frozen Yogu...
25 - 36 MIN

## California Taco's to go (S. Dale Mabry)
$ • Mexican
34 - 45 MIN

## Fountain Sushi
$ • Sushi
29 - 40 MIN

## EVOS South Tampa
$ • Burgers • Salads
22 - 33 MIN

## Oishi Sushi
$$ • Japanese
41 - 52 MIN

## Little Greek (South Tampa)
$ • Greek
34 - 45 MIN

### Ducky's Sports Lounge

$$ • Burgers • American • Bar…

32 - 43 MIN

### Jerk Hut (Downtown)

$$ • Caribbean • Soul Food • …

21 - 32 MIN

### Mr. Empanada (South Tampa)

$ • Latin American

30 - 41 MIN

### Heights Pizza

$ • Vegetarian • Traditional A…

42 - 53 MIN

### Tampa Buffet

$ • Asian • Chinese

34 - 45 MIN

### Yogurtology (South Tampa)

$ • Ice Cream & Frozen Yogurt

28 - 39 MIN

## Byblos

$$ • Mediterranean

36 - 47 MIN

## Nico's Arepas Grill

$ • Venezuelan • Latin Americ...

37 - 48 MIN

4 stars on Yelp

## Miguelitos Taqueria Y Tequilas

$$ • Mexican

28 - 39 MIN

## Lanna's Entrees

$$ • Soul Food • american

35 - 46 MIN

## Yeoman's Cask & Lion

$$ • Burgers • British

22 - 33 MIN

## Dubliner Irish Pub

$ • Irish • Bar Food

33 - 44 MIN

4

## Tally Ho Bar & Grille

$ • Traditional American

44 - 55 MIN

## The Bungalow Restaurant & Bar

$$ • American

36 - 47 MIN

## Yard of Ale

$ • American

36 - 47 MIN

## Oggi Italian

$$ • Italian

33 - 44 MIN

## Swami Juice

$$ • Juices & Smoothies

23 - 34 MIN

## Fabrica Woodfired Pizza

$$ • Pizza • Italian

27 - 38 MIN

### That's Amore Restaurant

$$ • Italian

39 - 50 MIN

### Mr. Empanada (West Tampa)

$ • Latin American

34 - 45 MIN

### Fusion Bowl

$$ • Asian Fusion • Vietname…

20 - 31 MIN

### Thee Burger Spot

$ • Burgers

26 - 37 MIN

### Chocolate pi

$$ • Dessert • Bakery • French

28 - 39 MIN

### McAlister's Deli (Westshore)

$ • American • Salads • Sand…

32 - 43 MIN

### The Eatery

### SoHo Donut Company

$ • American
31 - 42 MIN

$ • Dessert
28 - 39 MIN

## FitEx Meals
24 - 35 MIN

## BurgerMonger (South Tampa)
• Burgers • Traditional Americ…
31 - 42 MIN

## Islands Pizza
$ • Bar Food • Pizza
42 - 53 MIN

## Zudar's
$$ • American
32 - 43 MIN

## Drama Burger
$$ • Burgers
31 - 42 MIN

## The Brass Tap
$$ • American
31 - 42 MIN

## FireHouse Subs (University of Tampa)
• Deli • Sandwiches
30 - 41 MIN

### Blue Island Jamaican Restaurant

$

31 - 42 MIN

### Carmel Kitchen & Wine Bar

$$ • Breakfast & Brunch • Me…

41 - 52 MIN

### Acropolis Greek Taverna (Ybor)

$$ • Greek • Mediterranean

38 - 49 MIN

### Zen Bistro Grill + Sushi (Westshore)

$$ • Japanese

49 - 60 MIN

### Margaritas Mexican Restaurant

$$ • Mexican • Mexicano • Te…

36 - 47 MIN

### Hamburger Mary's Bar and Grille

$$ • American

33 - 44 MIN

4

### Xtreme Juice

$ • Juices & Smoothies

31 - 42 MIN

### Gengiz Khan Grill

$$ • Mediterranean • Turkish

44 - 55 MIN

### Little Greek (Westshore Plaza)

$ • Greek • Mediterranean

40 - 51 MIN

### El Gallo De Oro

$ • Cuban • Latin American

32 - 43 MIN

### Renzo's (Carrollwood)

• Latin Fusion • Argentinian • …

47 - 58 MIN

### Due Amici Pizza

$ • Pizza • Italian

38 - 49 MIN

### Squeeze Juice Works (Hyde Park)
$$$ • Juices & Smoothies • Sa...
19 - 30 MIN

5

### The Bricks of Ybor
$$ • American • Mexican • Sa...
31 - 42 MIN

4

### Soho Backyard
$$ • New American • Burgers...
41 - 52 MIN

### Pokeys Rock and Rolls
$$ • Traditional American
21 - 32 MIN

### Grille 116
$$$ • New American
37 - 48 MIN

### Beef O' Bradys Southdale
$$ • Traditional American • P...
37 - 48 MIN

### MacDinton's Irish Pub & Restaurant

$ • Irish • Bar Food

37 - 48 MIN

### Queen of Sheba

$$ • Ethiopean

40 - 51 MIN

### Carmel Kitchen & Wine Bar (Carrollwood)

$$ • Mediterranean

46 - 57 MIN

### Beef O' Brady's

$$ • Traditional American • P…

42 - 53 MIN

### Firehouse Subs Town N Country

$ • Sandwiches

37 - 48 MIN

### Renzo's (South Tampa)

$$ • Latin Fusion • Argentinia…

41 - 52 MIN

### Paninoteca

$$ • Greek • Mediterranean

### Piquant Epicure and Cuisine

### D&D Gourmet Deli

$$ • Deli • Sandwiches

24 - 35 MIN

$$ • Coffee & Tea • Bakery • …

37 - 48 MIN

36 - 47 MIN

## Chakana Soho

$$ • Peruvian • Seafood • Lati…

35 - 46 MIN

## Boca Kitchen Bar and Market

• American

37 - 48 MIN

## Fountain Bistro

$$ • Mediterranean

29 - 40 MIN

## District Tavern

$$ • Bar Food

30 - 41 MIN

## Catrinas South Tampa

$ • Mexican

36 - 47 MIN

## Gigi's Cupcakes

• Dessert • Bakery

28 - 39 MIN

### Arirang Korean Restaurant
$$ • Korean • Vegetarian • As...
43 - 54 MIN

### El Caldero Latin Restaurant
$ • Venezuelan
43 - 54 MIN

### Caffeine
$$ • Coffee & Tea
20 - 31 MIN

### Buddy Brew Coffee (Kennedy)
$ • Coffee & Tea • American • ...
23 - 34 MIN

### The Independent
$ • Pubs • American • Bar
29 - 40 MIN

### Intelligent Gourmet
$ • Healthy
31 - 42 MIN

**Your Pie (South Tampa)**

28 - 39 MIN

**Don Pan Bakery**

$ • Bakery

33 - 44 MIN

**Buddy Brew Coffee (Oxford Exchange)**

$ • Coffee & Tea • American • …

28 - 39 MIN

**Great Wraps - GW Cheesesteaks**

$ • Mediterranean • Sandwich…

37 - 48 MIN

**Buddy Brew Coffee (Hyde Park)**

$ • Coffee & Tea • American • …

30 - 41 MIN

**Spain Restaurant and Toma Bar**

$$ • Spanish

25 - 36 MIN

# Currently Closed

### WingHouse Tampa Stadium

$ • Wings

Currently unavailable

### Brocato's Sandwich Shop

$$ • American • Sandwiches

Currently unavailable

### NutriTruck Inc

$ • Healthy

Currently unavailable

### 813 Salads and Seafood

$ • Seafood • Salads • Sandwiches

Currently unavailable

### Mini Doughnut Factory

$ • Dessert

Currently unavailable

### Curry Leaves

$$ • Indian

Opens at 5:00 PM

### One Stop Jerk Center

$ • Jamaican

Currently unavailable

### Roux

$$ • Southern • Cajun / Creole

Opens at 5:30 PM

### 717 South

$$ • New American

Opens at 5:00 PM

### Crusty's Pizza

$ • Wings • Salads • Sandwiches • Pizza

Currently unavailable

## Ava

$$ • American • Italian

Opens at 5:00 PM

## Bavaro's Pizza Napoletana & Pastaria

$ • Pizza • Italian

Opens at 5:00 PM

## Cena (Channelside)

$$ • Italian

Opens on Wednesday

## The Lab Coffee

• American

Opens on Wednesday

## Crumb & Cork

$$ • Tapas

Currently unavailable

## Oxford Exchange

$$ • American • Traditional American

Opens on Wednesday

## Ginger Beard Coffee

$ • Coffee & Tea

Opens on Wednesday

## Kombucha

$ • Coffee & Tea

Opens on Wednesday

## Gold Ring Cafe

$ • Latin American

Opens on Wednesday

## Barrow's Gourmet Deli

$ • Traditional American

Opens on Wednesday

## La Segunda Central Bakery

$ • Coffee & Tea • Bakery • Cuban

Opens on Wednesday

## Moxie's Cafe

$ • American

Opens on Wednesday

## On a Roll Sushi

$ • Sushi

Opens on Wednesday

## Holy Hog BBQ (Armenia)

$$ • BBQ

Opens on Wednesday

## The Blind Tiger Cafe (Seminole Heights)

$ • Vegetarian • Cafe • Vegan

Opens on Wednesday

## La Ideal Sandwich

Opens on Wednesday

## Guanabo Coffee Shoppe

$ • Cuban

Opens on Wednesday

## La Cabana Restaurant (Seminole Heights)

$ • Latin American • Spanish

Currently unavailable

## AJ's Press

$ • Traditional American

Opens on Wednesday

## Mr. Empanada (Drew Park location)

$ • Latin American

Opens on Wednesday

## Fodder and

## Empamamas

## Shine
Opens at 5:00
• American
PM

$$ • Cuban
Opens on
Friday

### Leah's Cafe
$ • Cuban

Opens on
Wednesday

### Krispy Krunchy
Chicken
$ • American

Closed

### Skyview
Restaurant
• Breakfast & Brunch
Opens on
Wednesday

### Hey Mon Caribbean
Cooking Magic
$ • Caribbean

Currently unavailable

### Victoria's
Restaurant

Opens on
Wednesday

### Mr Pepito
$ • Latin American

Closed

### [Duplicate] Beach Bar
| Restaurant
(Westshore)

Closed

### El Cafetal
Restuarant and
bakery
$

Currently unavailable

### The Refinery
$$ • American

Opens at 5:00

### Rooster & the Till
$$ • New American • Vegetarian-Friendly

Opens at 5:00
PM                           Opens at 5:00 PM

### Gio's Italian
### Restaurant

$ • Italian

Opens at 5:00 PM

### Foundation
### Coffee Co.

$ • Coffee & Tea
Currently
unavailable

### Oggi Italian
### (Prado)

$$ • Italian

Opens at 5:00 PM

### Omi's Grill

$ • Latin American

Currently
unavailable

UBER EATS  Tampa ▾ SIGN IN REGISTER 

$ • Salads • Sandwiches

Opens on Wednesday

### Crustaceans

$ • Seafood
Currently
unavailable

### Tampiz

$$ • Italian • Vegan-Friendly • French • Glu

Opens on Wednesday

EATS

🌐 ENGLISH                   ▾

#UberEATS

f    🐦    📷

About UberEATS                See all cities

Become a Delivery Partner     Pricing

Become a Restaurant Partner   Help

                              FAQs

                              Contact Us



© 2016 Uber Technologies Inc.        Privacy                    Terms

UBER EATS   📍  Tampa                    ▾        SIGN IN    REGISTER    🛍